

William Downes – Associate
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
wdownes@mizrahikroub.com
www.mizrahikroub.com

March 22, 2022

**VIA ECF**

The Honorable May Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2022
```

Re:   *Tavarez v. FCA US LLC*, Case No. 1:21-cv-09825 (MKV)

Dear Judge Vyskocil:

    We represent plaintiff Victoriano Tavarez ("Plaintiff") in the above-referenced class action We respectfully write pursuant to this Court's Individual Rules of Practice in Civil Cases 2(G) to request a brief adjournment of six days for Plaintiff to file its opposition to Defendant's motion to dismiss.

    Defendant filed its motion to dismiss the first amended Class action complaint on March 9, 2022. *See* Docket No. 21. Defendant's opposition would be due on March 23, 2022. Plaintiff respectfully requests that it's time to file an opposition be extended six days to March 29, 2022 to allow ongoing settlement negotiations to continue. This is Plaintiff's first request for an extension, and Defendant does not oppose this request to the Court. Defendant's time to file any reply to the opposition would likewise be extended by six days.

                       Respectfully submitted,
                         /s/ William J. Downes
                       William J. Downes, Esq.

Cc:   All Counsel of Record (via ECF)

---

**Granted. SO ORDERED.**

Date: March 24, 2022      *Mary Kay Vyskocil*
New York, New York        Mary Kay Vyskocil
                                     United States District Judge